UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                    :
KEVIN YAN LUIS,                                     :
                                  Plaintiff,        :
                                                    :              22 Civ. 3319 (LGS)
               -against-                            :
                                                    :                   ORDER
DESIGN WITHIN REACH, INC.,                          :
                                  Defendant.        :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference is scheduled for June 29, 2022.

      WHEREAS, by Order dated April 25, 2022, the parties were directed to file a joint letter

and proposed case management plan by June 22, 2022.

      WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan.  It is hereby

      **ORDERED** that by **June 24, 2022**, at **12:00 p.m.**, the parties shall file the joint letter and

proposed case management plan.

Dated: June 23, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**