```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KEVIN YAN LUIS,                                              :
                              Plaintiff,                     :
                                                             :       22 Civ. 3319 (LGS)
               -against-                                     :
                                                             :           ORDER
DESIGN WITHIN REACH, INC.,                                   :
                              Defendant.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 22, 2022, Plaintiff filed a complaint in this action.

WHEREAS, an initial pretrial conference is currently scheduled for June 29, 2022.

WHEREAS, by Order dated April 25, 2022, the parties were directed to file a joint letter and proposed case management plan by June 22, 2022.

WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

WHEREAS, the parties failed to timely submit the joint letter and proposed case management plan.

WHEREAS, pursuant to Federal Rule of Civil Procedure 4(m), a complaint must be served within ninety days or the action will be dismissed for failure to prosecute.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for June 29, 2022, is **adjourned** to **July 20, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  It is further

**ORDERED** that by **June 29, 2022**, Plaintiff shall file proof of service on the docket.

Dated: June 27, 2022
       New York, New York

                                             _____
                                                   LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE