UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
KEVIN YAN LUIS,           :
          Plaintiff,  :
           :    22 Civ. 3319 (LGS)
    -against-      :
           :    <u>ORDER</u>
DESIGN WITHIN REACH, INC.,  :
          Defendant.  :
           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated July 14, 2022, required the parties to file a status letter on September 19, 2022, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter. It is hereby

    **ORDERED** that, by **September 23, 2022**, the parties shall file the status letter.

Dated: September 20, 2022
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**